PHILLIPS PETROLEUM COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted.  (See 208 *N.J.Super.* 201)

EXXON CORPORATION v. DIRECTOR,
DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted.  (See 208 *N.J.Super.* 201)

CITIES SERVICE COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted.  (See 208 *N.J.Super.* 201)

CONOCO INC. v. DIRECTOR, DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted.  (See 208 *N.J.Super.* 201)